

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★　　★　　★　　　　　　　　　　　　　　　　★　　★　　★

## MEMORANDUM OPINION

No. 04-08-00434-CV

**GALLAGHER RANCH HEADQUARTERS RANCH DEVELOPMENT, LTD.**,
Appellant

v.

**CITY OF SAN ANTONIO**, by and through
the City Public Service Board of San Antonio,
Appellee

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2005-ED-0031
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:　　　Alma L. López, Chief Justice
　　　　　　　Catherine Stone, Justice
　　　　　　　Steven C. Hilbig, Justice

Delivered and Filed:　September 17, 2008

MOTION TO DISMISS GRANTED; DISMISSED

　　　　Appellant filed a motion to dismiss this appeal. We grant the motion and this appeal is dismissed with prejudice. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM